IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RHONDA L. FRACTION a/k/a LYNNE FRACTION, *et al.*, Plaintiffs, | : : : : : |
| v. | : Civil No. 5:20-cv-05997-JMG |
| JACKLILY, LLC., *et al.*, Defendants. | : : : |

## ORDER

**AND NOW**, this 2nd day of September, 2021, upon consideration of the parties' briefs (ECF Nos. 6, 8, 9) and a review of the record (ECF No.2), it is hereby **ORDERED** that the Order of the Bankruptcy Court dated November 19, 2020, is **AFFIRMED**.

It is **FURTHER ORDERED** that the Clerk of Court shall mark this case **CLOSED** for all purposes including statistics.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge